

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00469-CV

| | | |
|---|---|---|
| Keith B. Alexander | § | From the 141st District Court |
| | § | of Tarrant County (141-225394-07) |
| v. | § | November 5, 2015 |
| Eddie Kent | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment in favor of Appellee Eddie Kent for damages in the amount of $20,061.32, plus prejudgment and postjudgment interest and the costs of court as awarded by the trial court. We reverse that portion of the trial court's judgment as to Appellee Eddie Kent's attorney's fees for this suit and his special bankruptcy fees and render judgment that he take nothing on his claim for attorney's fees.

It is further ordered that Appellant Keith B. Alexander and Appellee Eddie Kent shall each pay half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By \_\_/s/ Anne Gardner_____
      Justice Anne Gardner